# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Zachary Poole,

    Plaintiff,

v.                                            CASE NO:
                                            HON:

MACOMB COUNTY, RYAN STATELER,
and WILLIAM HOPPE,
in their individual and official capacities,

    Defendants.

| |  |
|---|---|
| CHRISTOPHER TRAINOR & ASSOCIATES<br>CHRISTOPHER J. TRAINOR (P42449)<br>SHAWN C. CABOT (P64021)<br>Attorneys for Plaintiff<br>9750 Highland Road<br>White Lake, MI  48386<br>(248) 886-8650<br>(248) 698-3321 (fax)<br>shawn.cabot@cjtrainor.com | |

THERE IS NO OTHER PENDING OR RESOLVED CIVIL ACTION ARISING OUT OF THE TRANSACTION OR OCCURRENCE ALLEGED IN THE COMPLAINT

## COMPLAINT AND JURY DEMAND

**NOW COMES** Plaintiff, **ZACHARY POOLE**, by and through his attorneys, CHRISTOPHER TRAINOR & ASSOCIATES, and for his Complaint against the above-named Defendants states as follows:

1

1. Plaintiff is a resident of the City of Warren, County of Macomb, State of Michigan.

2. Defendant Macomb County is a municipal corporation and governmental subdivision organized and existing under the laws of the State of Michigan.

3. The individually-named Defendants are and/or were corrections officers employed by the Macomb County Sheriff's Department; and at all times mentioned herein were acting under color of law, in their individual and official capacities, and within the course and scope of their employment.

4. All events giving rise to this lawsuit occurred in the City of Mt. Clemens, County of Macomb, State of Michigan.

5. Jurisdiction is vested in this Court pursuant to 28 U.S.C. § 1331 [federal question], 28 U.S.C. § 1343 [civil rights].

6. That this lawsuit arises out of Defendants' violations of Plaintiff's federal constitutional rights as secured by the Fourteenth and/or Eighth Amendments of the United States Constitution and consequently, Plaintiff has a viable claim for damages under 42 U.S.C. § 1983.

7. That the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00) not including interest, costs, and attorney fees.

## FACTS

8. On July 19, 2018, Plaintiff was incarcerated in the Macomb County Jail, and became the victim of an assault by another inmate.

9. Fearing for his safety, Plaintiff depressed the button for the emergency intercom in order to call for intervention by the corrections deputies.

10. Defendants Stateler and Hoppe responded to Plaintiff's cell and proceeded to remove Plaintiff from the cell, at which time Plaintiff was hiding behind the half-wall of the toilet area.

11. After Defendants had removed Plaintiff from the cell, they smashed Plaintiff's head against the wall for no justifiable reason whatsoever.

12. Defendant Stateler then slammed Plaintiff onto the ground and slammed his knee into Plaintiff's back two times while Defendant Hoppe handcuffed Plaintiff.

13. Plaintiff was then transported to Mt. Clemens Regional Medical Center to receive medical treatment regarding injuries to his head and lower back.

14. As a result of Defendants' unlawful actions and/or inactions, Plaintiff sustained injuries and damages.

## COUNT I
## VIOLATION OF THE EIGHTH AMENDMENT
## 42 U.S.C. § 1983 EXCESSIVE FORCE

15. Plaintiff realleges and incorporates by reference each and every paragraph of this Complaint as though fully set forth herein.

16. The Eighth Amendment's prohibition of cruel and unusual punishment prohibits the use of excessive force against prisoners and imposes a duty upon jail officers to take reasonable measures to guarantee the safety of inmates and to intervene and stop unreasonable force from being used.

17. Defendants Hoppe and Stateler violated Plaintiff's federally protected rights by unnecessarily using excessive and/or unreasonable physical force against Plaintiff for no legally justifiable reason whatsoever.

18. No need existed to use force against Plaintiff, as no threat could have been reasonably perceived by Defendants Hoppe and Stateler.

19. Defendants Hoppe and Stateler acted maliciously and sadistically for the sole purpose of causing harm to Plaintiff and/or with deliberate indifference to Plaintiff's constitutional rights.

20. The actions taken by Defendants Hoppe and Stateler against Plaintiff did not further any legitimate penal or institutional objective and were not undertaken in a good faith effort to maintain or restore discipline.

21. Defendants Hoppe and Stateler are not entitled to qualified immunity because they violated Plaintiff's clearly established right to be free from excessive use of force.

22. Plaintiff suffered injuries and damages as a result of the unlawful force used against him.

23. At the time of Plaintiff's incarceration, it was clearly established that the Eighth Amendment prohibited the unnecessary and wanton infliction of pain through the use of excessive force on an inmate.

24. Defendants Hoppe and Stateler violated Plaintiff's constitutional rights and therefore, Plaintiff has a viable claim for exemplary damages, compensatory damages and for punitive damages against Defendants, plus interest, costs, and attorney fees as set forth in 42 U.S.C. §§ 1983 and 1988.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter an award in Plaintiff's favor and against Defendants in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of costs, interest, and attorney fees.

## COUNT II
## DEFENDANT MACOMB COUNTY
## CONSTITUTIONAL VIOLATIONS

25. Plaintiff realleges and incorporates by reference each and every paragraph of this Complaint as though fully set forth herein.

26. That the Eighth Amendment forbids the infliction of cruel and unusual punishment on convicted prisoners.

27. Defendant Macomb County permitted customs, practices, and/or policies which resulted in the violations of Plaintiff's constitutional rights as complained of herein.

28. These customs, practices, and/or policies included, but were not limited to, the following:

    a. Failing to adequately train and/or supervise its corrections officers so as to prevent violations of citizens' constitutional rights;

    b. Failing to adequately train and/or supervise corrections officers regarding the proper use of force; and

    c. Failing to adequately supervise, review, and/or discipline corrections officers whom Defendant Macomb County knew or should have known were violating or were prone to violate citizens' constitutional rights, thereby permitting and/or encouraging its corrections officers to engage in unlawful conduct.

29. Defendant's conduct was so reckless so as to demonstrate deliberate indifference for whether an injury resulted.

30. Defendant's acts and/or indifference and/or omissions were the direct and proximate cause of Plaintiff's injuries.

31. The facts as set forth in the preceding paragraphs constitute a violation of Plaintiff's constitutional rights; and pursuant to 42 U.S.C. § 1983, Plaintiff has a viable claim for compensatory and punitive damages, costs, and attorney fees as set forth in 42 U.S.C. § 1988.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter an award in his favor and against Defendants in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00) exclusive of costs, interest, and attorney fees.

                                Respectfully Submitted,
                                CHRISTOPHER TRAINOR & ASSOCIATES

                                **s/ Shawn C. Cabot**
                                CHRISTOPHER J. TRAINOR (P42449)
                                SHAWN C. CABOT (P64021)
                                Attorneys for Plaintiff
                                9750 Highland Road
                                White Lake, MI  48386
                                (248) 886-8650
                                shawn.cabot@cjtrainor.com

Dated:  December 2, 2019
*SCC/map*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Zachary Poole,

      Plaintiff,

v.                                                        CASE NO:
                                                         HON:

MACOMB COUNTY, RYAN STATELER,
and WILLIAM HOPPE,
in their individual and official capacities,

      Defendants.

| | |
|---|---|
| CHRISTOPHER TRAINOR & ASSOCIATES<br>CHRISTOPHER J. TRAINOR (P42449)<br>SHAWN C. CABOT (P64021)<br>Attorneys for Plaintiff<br>9750 Highland Road<br>White Lake, MI  48386<br>(248) 886-8650<br>(248) 698-3321 (fax)<br>shawn.cabot@cjtrainor.com | |

## **DEMAND FOR JURY TRIAL**

**NOW COMES** Plaintiff, **ZACHARY POOLE**, by and through his attorneys, CHRISTOPHER TRAINOR & ASSOCIATES, and hereby makes a Demand for Trial by Jury in the above-captioned matter.

>Respectfully Submitted,
>CHRISTOPHER TRAINOR & ASSOCIATES
>
>**s/ Shawn C. Cabot**
>CHRISTOPHER J. TRAINOR (P42449)
>SHAWN C. CABOT (P64021)
>Attorneys for Plaintiff
>9750 Highland Road
>White Lake, MI  48386
>(248) 886-8650
>shawn.cabot@cjtrainor.com

Dated: December 2, 2019