# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ZACHARY POOLE,

    Plaintiff,

v.                                    CASE NO: 2:19-cv-13544
                                        HON: LAURIE J. MICHELSON

MACOMB COUNTY, RYAN STATELER,
and WILLIAM HOPPE,
in their individual and official capacities,

    Defendants.

| | |
|---|---|
| CHRISTOPHER TRAINOR & ASSOCIATES<br>CHRISTOPHER J. TRAINOR (P42449)<br>SHAWN C. CABOT (P64021)<br>MARK A. PROUDMAN (P81791)<br>Attorneys for Plaintiff<br>9750 Highland Road<br>White Lake, MI 48386<br>(248) 886-8650 / (248) 698-3321 (fax)<br>shawn.cabot@cjtrainor.com<br>mark.proudman@cjtrainor.com | CORPORATION COUNSEL<br>JOHN A. SCHAPKA (P36731)<br>ROBERT S. GAZALL (P41350)<br>Attorneys for Macomb County and Hoppe<br>One S. Main Street, 8th Floor<br>Mount Clemens, MI 48043<br>586-469-6346<br>John.schapka@macombgov.org<br>Robert.gazall@macombgov.org |
| | ALLEN BROTHERS PLLC<br>JAMES P. ALLEN, SR. (P52885)<br>JAMES M. SUROWIEC (P49560)<br>Attorneys for Defendant Stateler<br>401 N. Main Street<br>Royal Oak, MI 48067<br>248-951-9060<br>jamesallen@allenbrotherspllc.com<br>jsurowiec@allenbrotherspllc.com |

# **PLAINTIFF'S INITIAL LAY WITNESS LIST**

1

**NOW COMES** Plaintiff, **Zachary Poole**, by and through his attorneys, CHRISTOPHER TRAINOR & ASSOCIATES, and for his Initial Witness List discloses the following witnesses:

1. Zachary Poole
   Plaintiff
   c/o Plaintiff's Counsel

2. Antwone Tyrone Ayers
   7493 Iowa Street
   Detroit, MI 48212
   (313) 365-5003

3. Welton Joseph Turner
   58535 Main Street
   New Haven, MI 48048
   (586) 229-9660

4. Macomb County
   Defendant
   c/o Defendants' Counsel

5. Ryan Stateler
   Defendant
   c/o Defendants' Counsel

6. William Hoppe
   Defendant
   c/o Defendants' Counsel

7. Demetrice Pearson
   Inmate Number 379203

8. Michael A. Cutler
   198 Hubbard Street, Apt 12
   Mount Clemens, MI 48043

9. Michael Mitchell
   Inmate Number 149778

10. Niki R. Martin

11. Rashad Whitseh
    Inmate Number 374437

12. Harold Benson

13. Cathy Poole
    13625 Penrose Court
    Warren, MI 48088
    (586) 663-9190

14. Kalen Poole
    15633 Common Road
    Roseville, MI, 48066
    (586) 565-4515

15. Any and all employees, agents, medical treatment providers, representatives, and/or custodian of records for the following:

    a. Macomb County Sheriff's Office
       43565 Elizabeth Rd,
       Mt. Clemens, MI
       (586) 469-5151

    b. Macomb County Jail
       Correct Care Solutions
       43565 Elizabeth Road,
       Mount Clemens, MI 48043
       (586) 469-5151
       - Hill
       - Snerling
       - Lisa Fluker
       - Rayvin Toma
       - Jonathon Dominika
       - Jason Mctevia
       - Amy Mayer
       - Charles Peltier
       - Jeffrey Pattray

       - Brandy Robinson
- Monica Patton
- Jason Labish
- James Stanley
- William Misany
- David Crabtree
- Anthony Sauger
- Eric Brillhart
- Abraham Sobh
- Adam Mayes
- Andrew Ackerman
- Alan Weir
- Brandon Spezia
- Thomas Bartoli
- Christopher Cotton
- Kyle Dupuis

c. Community Corrections
   18 Market Street, Suite C
   Mt. Clemens, MI 48043
   (586)307-9443
   - Pat Mazzola
   - Barbara Caskey

d. McLaren Medical Center – Macomb
   Formerly Mt. Clemens Regional Medical Center
   1000 Harrington St,
   Mt Clemens, MI 48043
   (586) 493-8000
   - Stephanie Hernandez, DO
   - Karl Doelle, DO
   - C. David Stoddard, DO
   - Patrick M. Flaherty DO
   - Maggie Noonan, RN
   - Jill Orlando, RN
   - Alicia Cameron, RN
   - Alex Siomka, AS
   - Shannon Harwood
   - Kristen Cusmano
   - Kaley Jones

      - Ashley Boyle
      - Kimberly Brown
      - Raynita Burk
      - Patrick M. Flaherty
      - Jordan Thayer
      - Jason Barney
      - Maggie Noonan, RN
      - David Stoddard, DO

e. Ascension Macomb-Oakland Hospital
   27450 Schoenherr Road
   Warren, MI 48088
   (586) 582-7825

f. Correct Care Solutions
   c/o Macomb County Jail
   43565 Elizabeth Road
   Mount Clemens, MI 48043
   - Alison Lafriniere, LPN
   - Mary Krause, NP
   - Lara Ianitelli
   - Christopher Yax, LPN
   - Christine Snyder, LPN
   - Amber Pollard, LPN
   - Jennifer Hobig, LPN
   - Janine Forton, LPN
   - Katherine Clark, LPN
   - Michael Crockett, LPN
   - Robyn Morse, LPN
   - Tania Hoist, LPN
   - Alison Lafrinere LPN
   - Karen Sogge, RN
   - Renee Knockeart, RN
   - Shamael Hague
   - Syed Hague
   - Sara Breen
   - Susan Barnhardt
   - Mary Krause, NP
   - Dinal Good

    g.  Lara Ianitelli, RN
        Wellpath Health Services Administrator
        Macomb County Jail
        43565 Elizabeth Road
        Mt Clemens, MI 48043

    h.  Salvation Army – Harbor Light
        42590 Stepnitz Drive
        Clinton Township, MI 48036

    i.  Medstar Ambulance
        380 N. Gratiot Ave
        Clinton Twp., MI 48036
        (586) 468-6510
        - Ermal Nicko
        - Leeann Berlin

    j.  United Healthcare Community Plan
        26957 Northwestern Highway, Suite 400
        Southfield, MI 48033

    k.  Oakland Primary Care
        27450 Schoenher Rd., Suite 400
        Warrant, MI 48088
        -  Dr. Savalli

**Plaintiff reserves the right to amend this Initial Witness List at any time.**

                Respectfully Submitted
                CHRISTOPHER TRAINOR & ASSOCIATES

                <u>/s/ Mark A. Proudman</u>
                SHAWN C. CABOT (P64021)
                MARK A. PROUDMAN (P81791)
                Attorney for Plaintiff
                9750 Highland Road
                White Lake, MI  48386
                (248) 886-8650
Dated:  October 23, 2020      shawn.cabot@cjtrainor.com
*SCC/map*                          mark.proudman@cjtrainor.com

## **PROOF OF SERVICE**

I hereby certify that on October 23, 2020, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: ***all attorneys of record*** and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: ***None.***

s/Mark A. Proudman (P81791)
9750 Highland Road
White Lake, MI 48386
Phone: (248) 886-8650
mark.proudman@cjtrainor.com