UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ZACHARY POOLE,<br><br>    Plaintiff,<br><br>v.<br><br>RYAN STATELER,<br><br>    Defendant. | Case No. 19-13544<br>Honorable Laurie J. Michelson |

### ORDER TO FILE CLOSING PAPERS

The Court has been informed that the parties have reached a settlement. The final pretrial conference scheduled for August 22, 2022 and the trial date of September 7, 2022 are cancelled.

When a case has settled, it is the Court's expectation that, absent unusual circumstances, the parties will file closing papers (e.g., a stipulated order of dismissal) within 30 days of the notice of settlement.

Accordingly, the parties are ORDERED to submit a stipulated order of dismissal pursuant to E.D. Mich. Electronic Filing Policies and Procedures R. 12(a) or a status update on or before September 19, 2022.

SO ORDERED.

Dated: August 17, 2022

                                    s/Laurie J. Michelson
                                    LAURIE J. MICHELSON
                                    UNITED STATES DISTRICT JUDGE